IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| SUSAN M. HOOPER | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.:  1:13-CV-139 (WLS) |
| | : | |
| CAROLYN W. COLVIN, *Commissioner of Social Security* | : | |
| | : | |
| Defendant. | : | |
| | : | |

## **ORDER**

Before the Court is a Report and Recommendation from United States Magistrate Judge Thomas Q. Langstaff filed on July 19, 2014. (Doc. 15.) On April 5, 2010, Plaintiff filed an application for Supplemental Security Income. (Doc. 15 at 2.) On February 2, 2012, an Administrative Law Judge ("ALJ") in Thomasville, Georgia determined Plaintiff was not disabled, thus ineligible for disability benefits. (*Id.*) The ALJ's decision was adopted by Defendant. (*Id.*) On August 20, 2013, Plaintiff filed the above-captioned appeal challenging Defendant's decision to deny Plaintiff's application for disability benefits. (Doc. 1.) As part of Plaintiff's appeal, she claims the ALJ's conclusions of law and findings of fact are unsubstantiated. (Doc. 1 at ¶5.) Judge Langstaff, agreeing with Plaintiff in part, recommends remanding the case and directing the ALJ to articulate a rationale as to whether or not Plaintiff's complaints are credible. (Doc. 15 at 8.) No objections were filed by Defendant within the fourteen-day period pursuant to 28 U.S.C. § 636(b)(1). The objection period expired on August 2, 2014. (*See* Doc. 15.)

Upon full review and consideration of the record, the Court finds that said Recommendation (Doc. 15) should be, and hereby is, **ACCEPTED**, **ADOPTED**, and

1

made the Order of this Court for reason of the findings made and reasons stated therein. This case is hereby **REVERSED** and **REMANDED** for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g), in accordance with the Magistrate Judge's Recommendation.

    **SO ORDERED**, this   6th   day of October, 2014.

                                        /s/ W. Louis Sands
                                        **W. LOUIS SANDS, JUDGE**
                                        **UNITED STATES DISTRICT COURT**